REPPERT KELLY, LLC
403 King George Road, Suite 201
Basking Ridge, New Jersey 07920
(908) 647-9300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------X
PRINCESS SHEET CORPORATION         :
                                   :   Case No. 07-6069(KSH)
            Plaintiff,             :
                                   :   ORDER Denying Request for An
    vs.                            :
                                   :   ORDER TO SHOW CAUSE
FINE FASHION FABRICS OF NJ LLC     :
                                   :
            Defendant.             :
-----------------------------------------------------X

Upon reading the Summons and Complaint, the Declaration of Reed Ijbara, the Declaration of Paul L. Kattas, with annexed exhibits, and the Memorandum of Law in support of the instant application, it is hereby:

**ORDERED** that Fine Fashion Fabrics of NJ LLC ("Defendant") show cause before this Court, at Room _____, United States Courthouse, 50 Walnut Street, Newark, New Jersey, on _____, 2007 at _____ or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65(a) of the Federal Rules of Civil Procedure:

(1) Enjoining and restraining Defendant, its agents, servants and employees during the pendency of this action from marketing, advertising, offering for sale, selling, transferring or otherwise disposing of all clothing and merchandise in its possession, custody or control that contains the trademark and tradename PRINCESS SHEET COMPANY;

(2) Directing Defendant to remove all clothing and merchandise containing PRINCESS SHEET COMPANY labels from its selling floor, and to store and maintain such clothing and merchandise outside public view and make available for inspection and discovery during the pendency of this action;

(3) Directing Defendant to preserve and maintain during the pendency of this action all documents and records pertaining to its purchase, acquisition, possession and sale of any and all clothing and merchandise containing the trademark PRINCESS SHEET COMPANY within the preceding five (5) years; and it is further

**ORDERED**, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendant, its agents, servants and employees, and all persons acting in concert therewith, be and hereby are:

(1) temporarily restrained and enjoined from marketing, advertising, offering for sale, selling, transferring or otherwise disposing of all clothing and merchandise in its possession, custody or control that contains the trademark PRINCESS SHEET COMPANY;

(2) directed to remove all clothing and merchandise containing PRINCESS SHEET COMPANY labels from its selling floor, and to store and maintain such clothing and merchandise outside public view for future inspection and discovery in this action; and

(3) directed to preserve and maintain all documents and records pertaining to its purchase, acquisition, possession and sale of any and all clothing and merchandise

containing the trademark PRINCESS SHEET COMPANY within the preceding five (5) years; and its further

**ORDERED** that overnight service of a copy of this order and the papers upon which it is granted upon Defendant on or before _____ shall be deemed good and sufficient service thereof. Papers in opposition to the within application shall be filed and served on Plaintiff's attorney by _____. Reply papers shall be filed and served on Defendant or its counsel by _____.

IT IS SO ORDERED.

*/s/ Katharine Hayden*

United States District Judge
Katharine S. Hayden

Dated: December 26th, 2007

*Insufficient showing for emergent relief. Denied.*

3